IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JARVIS JACKSON, | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   CASE NO. 3:20-CV-1791-G-BK |
| | ) |
| DIRECTOR, TDCJ-CID, | ) |
|     Respondent. | ) |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION

OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

    SO ORDERED.

October 29, 2020.

_____
**A. JOE FISH**
**Senior United States District Judge**